## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL GEORGE THOMPSON,** | : | |
| | : | |
| Petitioner | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | 5:13-CV-3857-CDJ |
| **SUPT. MARIROSA LAMAS,** | : | |
| | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this 16th day of July, 2014, it is hereby **ORDERED** that the Report and Recommendation of the Honorable Henry S. Perkin, United States Magistrate Judge, (Doc. No. 8), is **ADOPTED**. It is further **ORDERED** that the Petition for Writ of Habeas Corpus, (Doc. No. 1), is placed in **SUSPENSE** until the conclusion of Petitioner's state court proceedings. Petitioner is **ORDERED** to return to federal court within thirty (30) days of the conclusion of the state court proceedings. If Petitioner does not return to federal court within thirty (30) following the conclusion of his state court proceedings, this suspense order will be vacated and his Petition will be dismissed without prejudice. A certificate of appealability shall **NOT ISSUE**.

BY THE COURT

/s/ C. Darnell Jones, II   J.
C. DARNELL JONES, II   J.